UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EUGENE JOHNSON and EVELYN HOUSER,
on behalf of themselves and all others similarly
situated,

                Plaintiff,

   v.

GARY LOCKE, Secretary, United States
Department of Commerce,

                Defendants.
------------------------------------------------------------x

**ECF CASE**

10 Civ. 3105 (RMB)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         April 26, 2010

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney for the
                            Southern District of New York

          By:   /s/ Allison D. Penn
                ALLISON D. PENN
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Telephone: (212) 637-2725
                Facsimile: (212) 637-2702
                Email: allison.penn@usdoj.gov

To:  Adam T. Klein, Esq.
   Samuel Rand Miller, Esq.
   Justin Mitchell Swartz, Esq.
   Lewis M. Steel, Esq.
   Melissa E. Pierre-Louis, Esq.
   Ossai Miazad, Esq.
   Rachel Megan Bien, Esq.
   Outten & Golden LLP
   3 Park Avenue, 29th Floor
   New York, NY 10016
   Telephone: (212) 245-1000
   Facsimile: (212) 977-4005