UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EUGENE JOHNSON and EVELYN HOUSER
on behalf of themselves and others similarly
situated,

                      Plaintiffs,

      - against -

GARY LOCKE, Secretary, United States
Department of Commerce,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10 Civ. 3105 (FM)

ECF CASE

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, the Declaration of Kathryn H. Anderson, dated July 15, 2010, and the accompanying exhibits, the Defendant, Gary Locke, Secretary of the United States Department of Commerce, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the Complaint. Pursuant to the Court's order dated June 28, 2010, plaintiffs shall file and serve their response to Defendant's motion by August 13, 2010, and Defendant may file and serve a reply by August 27, 2010.

Dated: New York, New York
         July 16, 2010

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

                  By:     /s/ Daniel P. Filor
                                      ALLISON D. PENN
                                      DANIEL P. FILOR
                                      Assistant United States Attorneys
                                      86 Chambers Street
                                      New York, New York 10007
                                      Telephone: (212) 637-2725/2726
                                      Facsimile: (212) 637-2702/17

<u>VIA EMAIL AND FEDERAL EXPRESS</u>
To:    Sam Miller, Esq.
        Outten & Golden, LLP
        3 Park Avenue, 29th Floor
        New York, New York 10016