PREET BHARARA
United States Attorney for the
Southern District of New York
By: ALLISON D. PENN
    DANIEL P. FILOR
    TARA LAMORTE
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2726
Fax: (212) 637-2717
Email: Daniel.Filor@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EUGENE JOHNSON, EVELYN HOUSER,              :
SANDRA ANDERSON, ANTHONY                    :
GONZALEZ, IGNACIO RIESCO, PRECIOUS          :
DANIELS, and FELICIA RICKETT-SAMUELS        :
on behalf of themselves and all others similarly :
situated,                                   :
                        Plaintiffs,         :    10 Civ. 3105 (FM)
                                            :
        - against -                         :    ECF Case
                                            :
GARY LOCKE, Secretary, United States        :    **NOTICE OF MOTION**
Department of Commerce,                     :
                        Defendant.          :
------------------------------------x

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, the Declaration of Kathryn H. Anderson, dated July 15, 2010, and Supplemental Declaration of Kathryn H. Anderson, dated September 10, 2010, and the accompanying exhibits, the Defendant, Gary Locke, Secretary of the United States Department of Commerce, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the first amended complaint. Pursuant to the Court's order dated August 16, 2010, Plaintiffs shall

file and serve their response to Defendant's motion no later than October 1, 2010, and Defendant may file and serve a reply within 11 days of Plaintiffs' opposition.

Dated: New York, New York
       September 10, 2010

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                By:    /s/ Daniel P. Filor
                              ALLISON D. PENN
                              DANIEL P. FILOR
                              TARA LAMORTE
                              Assistant United States Attorneys
                              86 Chambers Street
                              New York, New York 10007
                              Telephone: (212) 637-2726
                              Facsimile: (212) 637-2717
                              Email:  Daniel.Filor@usdoj.gov

<u>VIA EMAIL AND FEDERAL EXPRESS</u>
To:    Samuel Miller, Esq.
        Outten & Golden, LLP
        3 Park Avenue, 29th Floor
        New York, New York 10016