UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

EVELYN HOUSER, ANTHONY GONZALEZ,
IGNACIO RIESCO, PRECIOUS DANIELS,
FELICIA RICKETT-SAMUELS, CHYNELL
SCOTT, VIVIAN KARGBO, and SCOTTY
DESPHY

                         Plaintiffs,

     v.

PENNY PRITZKER, Secretary,
United States Department of Commerce

                         Defendant.

-------------------------------------------------- x

10 Civ. 3105 (FM)

ECF CASE

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/13

Good cause having been shown, the Court adopts the following revised scheduling order:

1) Discovery on Liability

     a. Depositions as to liability shall be completed by May 30, 2013.

     b. Discovery as to liability shall be completed by October 25, 2013.

     c. The parties shall meet and confer and submit to the Court an updated proposed scheduling order within 10 days of a ruling on Plaintiffs' motion for class certification.

     d. Scheduling for substantive motions and trial dates shall be determined after a decision is rendered on Plaintiffs' motion for class certification. Nothing herein prevents the parties from requesting permission to file a substantive motion at any time in advance of the applicable motion deadline.

2) Expert Discovery

     a. Expert Opinions Relied Upon in Connection With Class Certification

         i. With respect to expert opinions Plaintiffs will rely upon in connection with their motion for class certification, Plaintiffs shall make expert disclosures required by Fed. R. Civ. P. 26(a)(2) by June 28, 2013.

    ii.   Deposition of Plaintiffs' expert economist will occur on August 28, 2013.

    iii.   Deposition of Plaintiffs' expert industrial/organizational psychologist will occur on August 30, 2013.

b.  With respect to expert opinions Defendant will rely upon in connection with opposing Plaintiffs' motion for class certification, Defendant shall make expert disclosures required by Fed. R. Civ. P. 26(a)(2) by September 13, 2013.

    i.   Deposition of Defendant's expert statistician will occur on October 15, 2013.

    ii.   Deposition of Defendant's expert criminologist will occur on October 11, 2013.

    iii.   Deposition of Defendant's expert industrial/organizational psychologist will occur on September 30, 2013.

c.  Motion for Class Certification

    i.   Plaintiffs' Motion for Class Certification shall be filed by June 28, 2013.

    ii.   Defendant's Opposition to Plaintiffs' Motion for Class Certification shall be filed by September 13, 2013.

    iii.   Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification shall be filed by October 25, 2013.

    iv.   Absent extraordinary circumstances, there shall be no further extensions of the deadlines regarding class certification motions.

SO ORDERED

Dated: July 30, 2013
       New York, New York


FRANK MAAS
United States Magistrate Judge