UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELYN HOUSER, ANTHONY GONZALEZ,
IGNACIO RIESCO, PRECIOUS DANIELS, FELICIA
RICKETT-SAMUELS, CHYNELL SCOTT, VIVIAN
KARGBO, and SCOTTY DESPHY,

                Plaintiffs,

        v.

PENNY PRITZKER, Secretary, United States
Department of Commerce,

                Defendant.

10 Civ. 3105 (FM)

**<u>NOTICE OF MOTION</u>**

---

       PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the

declaration of Tomoko Onozawa and its supporting exhibits, and all other proceedings herein,

the Defendant will move the United States District Court for the Southern District of New York,

located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, for an order granting her motion *in limine* to exclude the testimony of Plaintiffs'

expert Dr. Kathleen Lundquist for purposes of class certification.

PLEASE TAKE FURTHER NOTICE THAT, answering papers, if any, are to be served no later than November 12, 2013.

Dated:    New York, New York
          October 28, 2013

PREET BHARARA
United States Attorney for the
Southern District of New York,
Attorney for Defendant

By:      /s/ *Tomoko Onozawa*
         TARA M. La MORTE
         LOUIS A. PELLEGRINO
         TOMOKO ONOZAWA
         Assistant United States Attorneys
         86 Chambers Street, Third Floor
         New York, New York  10007
         Tel: (212) 637-2800
         Fax: (212) 637-2686

2