**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EVELYN HOUSER, ANTHONY GONZALEZ, IGNACIO RIESCO, PRECIOUS DANIELS, FELICIA RICKETT-SAMUELS, CHYNELL SCOTT, VIVIAN KARGBO, and SCOTTY DESPHY on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br><br>PENNY PRITZKER, Secretary, United States Department of Commerce,<br><br>                    Defendant. | **10-cv-3105 (FM)**<br><br>**DECLARATION OF OSSAI MIAZAD** |

I, Ossai Miazad, declare under penalty of perjury as follows:

1.      I am a Partner at Outten & Golden LLP, attorneys for Plaintiffs and the putative class herein.  I am an attorney in good standing admitted to practice in the State of New York and before this Court.

2.      I make this declaration in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion In Limine to Exclude Certain Evidence. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Expert Report of Dr. Kathleen K. Lundquist ("Lundquist Report").

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Validation of 2010 U.S. Census Temporary Employee Criminal Background Check Adjudication Criteria: Technical Report, June 28, 2013 ("Technical Report").

5.      Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpts of the August 30, 2013 Deposition of Dr. Kathleen K. Lundquist ("Lundquist Tr. I").

6.      Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpts of the September 13, 2013 Deposition of Dr. Kathleen K. Lundquist ("Lundquist Tr. II").

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Dr. Joshua Sacco ("Sacco Decl.").

8.      Attached hereto as **Exhibit F** is a true and correct copy of the relevant excerpts of the December 4, 2013 Deposition of James L. Outtz ("Outtz Tr.").

9.      Attached hereto as **Exhibit G** is a true and correct copy of the Rebuttal Report of Dr. Kathleen K. Lundquist ("Lundquist Cert. Rebuttal").


Dated:  December 23, 2013
        New York, New York

                                        Respectfully submitted,

                                        By:

                                        /s/ Ossai Miazad

                                        **OUTTEN & GOLDEN LLP**
                                        Ossai Miazad
                                        3 Park Avenue, 29th Floor
                                        New York, NY 10016
                                        Telephone: 212-245-1000

2