UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EVELYN HOUSER, PRECIOUS DANIELS,
FELICIA RICKETT-SAMUELS, CHYNELL SCOTT,
and SCOTTY DESPHY,

                      Plaintiffs,

v.

PENNY PRITZKER, Secretary, United States
Department of Commerce,

                      Defendant.
------------------------------------------------------------------ x

10 Civ. 3105 (FM)

TO:     Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          August 22, 2014

                                           Respectfully submitted,

                                           PREET BHARARA
                                           United States Attorney for the
                                           Southern District of New York
                                           *Attorney for Defendant*

                                    By: /s/ Elizabeth Tulis
                                           ELIZABETH TULIS
                                           Assistant United States Attorney
                                           U.S. Attorney's Office, SDNY
                                           86 Chambers Street, 3rd Floor
                                           New York, NY 10007
                                           T. (212) 637-2725
                                           F. (212) 637-2702
                                           elizabeth.tulis@usdoj.gov