

OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Ossai Miazad, Esq.
212-245-1000 ext. 9817
OM@outtengolden.com

August 22, 2014

**By E-Mail**
The Honorable Frank Maas
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Houser et al. v. Pritzker, Case No. 10-cv-3105 (FM)*

Dear Judge Maas:

We represent the Plaintiffs in the above-captioned matter. Plaintiffs write to notify the Court that Amber C. Trzinski's last day with Outten & Golden is September 3, 2014. Plaintiffs request that Ms. Trzinski be withdrawn as attorney of record in the above-captioned matter and that all further electronic notices in the matter to Ms. Trzinski be terminated.

Plaintiffs continue to be represented by Outten & Golden, LLP.

Respectfully submitted,

Ossai Miazad

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ  8/25/14