**OUTTEN & GOLDEN** LLP

*Advocates for Workplace Fairness*

June 9, 2015

**By CM/ECF and Facsimile**
The Honorable Michael J. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7928

      Re:    *Houser et al. v. Pritzker*, No. 10 Civ. 3105 (FM)

Dear Judge Dolinger:

     We represent Plaintiffs in the above-referenced matter. We write jointly with Defendant to provide the Court with a status update regarding the parties' mediation efforts. The parties participated in a third in-person mediation session on June 1, 2015.

     During the June 1st session, the Parties narrowed the issues further and agreed on dates for exchanging positions on issues identified by the mediator. In particular, the parties discussed remedial relief related to the future hiring process and are consulting with key decision makers regarding those discussions in the next 21 days. The Government has committed to reporting back to the mediator within that timeframe on their client's position with respect to the issues discussed.

     With the Court's approval, the parties propose to update the Court on August 20, 2015. We thank the Court for its consideration of this matter.

                          Respectfully submitted,

                          /s/ Adam T. Klein

                        Adam T. Klein
                        **OUTTEN & GOLDEN LLP**
                        Ossai Miazad
                        Lewis M. Steel
                        3 Park Avenue, 29th Floor
                        New York, NY 10016

cc:    Louis A. Pellegrino, AUSA (by e-mail)
       Elizabeth Tulis, AUSA (by e-mail)
       Leigh Wasserstrom, AUSA (by e-mail)